## FORD v. WRIGHT ET AL.

(No. 1139.)

EVIDENCE in trespass to try title; presumption in favor of officers.

APPEAL from Guadalupe county. Opinion by DELANEY, J.

STATEMENT.— This is a case of trespass to try title, brought in Williamson county and afterwards transferred to Guadalupe county. In the court below, on trial, when the defendant offered in evidence the certified copy of the deed from the sheriff of Bexar county, the plaintiff objected, because the land was in Guadalupe county at the date of the sale, and the sheriff had no authority to sell.

2. The deed was not properly recorded in Bexar county, and a copy from that county was not admissible.

Objections overruled. It seems the land was originally in Bexar county, but that Guadalupe county was organized in 1846, and the land was in that county.

When the suit was filed, the land was in Wilson county. Held, the land at the date of the sheriff's sale was, in all probability, in Guadalupe county; but it seems that it was equally probable that it was claimed by the officers to be in Bexar county.

OPINION.— Every presumption will be indulged in favor of the acts of the officers; and after a lapse of years, when the boundaries have been accurately ascertained, these sales cannot be collaterally attacked. 28 Tex., 105; 11 Tex., 749.

AFFIRMED.